374 A.2d 728

Shepherd v. Royal-Globe Insurance Company, Appellant.

Argued April 14,

1977. Robert C. Little, with him James F. Manley, for appellant; Gerald B. Greenwald, with him Greenwald & Greenwald, for appellee.

Judgment affirmed.

VAN der VOORT, J., absent.